IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAKEITH AMIR-SHARIF, )<br>              Plaintiff, )<br>)<br>v. )<br>)<br>DALLAS COUNTY JAIL, ET AL., )<br>              Defendants. ) | No. 3:07-CV-310-B<br>ECF |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to the provisions of 28 U.S.C. 636(b) and an order of this court, this case has been referred to the United States Magistrate Judge. The findings, conclusions and recommendation of the United States Magistrate Judge follow:

Plaintiff filed this complaint pursuant to 42 U.S.C. § 1983. At the time of filing this action, Plaintiff was incarcerated in the Dallas County Jail. He was recently released on pre-trial bond. Defendants are the Dallas County Jail SRT Unit, the Dallas County Sheriff, Dallas County, SRT Officer Martin, SRT Officer Weatherton, SRT Officer Castillo, Lieutenant Mark Wooten, Captain James Howell, Chief Deputy Danny Downs, Dallas County Commissioners, SRT Lockwood, the Texas Commission on Jail Standards and various John Doe Defendants. No process has been issued in this case pending preliminary screening.

Plaintiff challenges the conduct of the SRT Unit at the Dallas County Jail. He alleges that since November 14, 2006, SRT members have persistently harassed and retaliated against him by coming into his cell to conduct unwarranted strip and cell searches. Plaintiff's complaint is duplicative of his claims in *Amir-Sharif v. Deputy Martin*, et al., 3:07-CV-309-R, which is currently pending. The Court therefore recommends that this case be dismissed.

**RECOMMENDATION:**

The Court recommends that this case be dismissed as duplicative.

Signed this 9th day of April, 2007.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**INSTRUCTIONS FOR SERVICE AND**
**NOTICE OF RIGHT TO APPEAL/OBJECT**

The United States District Clerk shall serve a true copy of these findings, conclusions and recommendation on the parties.  Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions and recommendation must serve and file written objections within ten days after being served with a copy.  A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made.  The District Court need not consider frivolous, conclusory or general objections.  A party's failure to file such written objections to these proposed findings, conclusions and recommendation shall bar that party from a de novo determination by the District Court.  See Thomas v. Arn, 474 U.S. 140, 150 (1985).  Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation within ten days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error.  Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).