ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 31 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAKEITH AMIR-SHARIF, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-CV-310-B |
| ) | |
| DALLAS COUNTY JAIL, ET AL., ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. The Court has considered Plaintiff's objections filed June 4, 2007.

Signed this 31st day of July, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE